## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Sentencing

USA v   WENDY GLENITA CAMPBELL                    Date:   11/06/19

Case No.  CR-2-18-179(6)                Time   2:05 p.m.   To  3:25 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Jonathan Cave | Greg Bowman |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Deft given opportunity to speak- accepts

Court Pronounces Judgment

It is the judgment of the Court on Count One of the Indictment, that the defendant, Wendy Glenita Campbell, is her custody of the Bureau of Prisons to be imprisoned for a term of **42 months.** This sentence shall be served partially concurrent from and after **1/4/19** to any sentence that may be imposed for violation of probation in Johnson County Criminal Court Docket Number 2017CR21.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years**.

$100.00 Assessment - Fine is waived

All remaining counts as to this defendant in this case are dismissed on the motion of the United States.

**CONDITIONS OF SUPERVISED RELEASE:**

[X] 13 standard conditions      [X] no firearms, no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs      [X] cooperate w/the collection of DNA as directed
[X] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[X] participate in a mental health program as directed by USPO
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.
[X] You shall not take any prescribed narcotic drug, or other controlled substance, without notifying the physician that you have a substance abuse problem and without obtaining permission from the probation officer.

**RECOMMENDATIONS:**

[X] <u>500 hours of substance abuse treatment from the Bureau of Prisons Institution Residential Drug Abuse Treatment Program / be afforded a full range of educational classes and vocational programs offered by the Bureau of Prisons / undergo a complete mental health evaluation and a complete physical health evaluation with appropriate treatment, while serving your term of imprisonment / designation to the BOP federal facility at Alderson, WV</u>
[X] Placed in custody of U.S. Marshal