```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                       REMOTE CSID      DURATION    PAGES   STATUS
August 18, 2020 at 3:48:52 PM EDT   8177824667       53          2       Received
08/18/2020  15:10   8177824667            MH UNIT TEAM FAX                PAGE  01
```

Federal Bureau of Prisons
Federal Medical Center Carswell
P.O. Box 27066 - J Street - Bldg. 3000
Fort Worth, Texas 76127
(817)-782-4000



# FACSIMILE TRANSMITTAL COVER SHEET

### Number of Pages (Including Cover Sheet): 2

| DATE: | 8/18/2020 |
|---|---|
| TO: | Adrienne Simpson-Brown, CUSPO |
| FAX NUMBER: | (865) 545-4003 |
| FROM: | M. Groves, Case Manager |
| DEPARTMENT: | Mental Health Department |
| PHONE NUMBER: | 817-782-4002, x 4225 |
| FAX NUMBER: | 817-782-4667 |
| SUBJECT: | Campbell, W  #53877-074 |
| SENSITIVE LIMITED OFFICIAL USE: | |
| NOTES/COMMENTS: | |

### NOTICE

The information transmitted in this facsimile may contain sensitive information belonging to the sender, which is protected by the U.S. Government. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.



**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Medical Center, Carswell

*P.O. Box 27066*
*"J" Street - Building 3000*
*Fort Worth, Texas 76127*

August 17, 2020

The Honorable J. Ronnie Greer
Senior United States District Judge
Eastern District of Tennessee
220 West Depot Street, Suite 405
Greeneville TN 37743

RE:   Campbell, Wendy Glenita
        Reg. No. 53877-074
        Docket No. 0649 2:18CR00179-006

Dear Judge Greer:

This letter is to inform you of the death of Wendy Campbell, on August 15, 2020. Ms. Campbell was sentenced in your court to a 42-month sentence for Conspiracy to Distribute Five Grams but Less Than 50 grams of Methamphetamine. She arrived at the Federal Medical Center (FMC), Carswell, in Fort Worth, Texas, on March 11, 2020.

On August 15, 2020, Ms. Campbell was pronounced dead at 2:30 p.m., at Kindred Hospital in Fort Worth, Texas. Her initial cause of death was hepato-renal syndrome due to decompensated cirrhosis complicated by liver masses. If you need further assistance regarding Campbell's case, please do not hesitate to contact me.

Sincerely,

M. Carr
Warden

cc: J. Gregory Bowman, Assistant United States Attorney, Eastern District of Tennessee
J. Baltazar, South Central Regional Director
Adrienne Simpson-Brown, CUSPO, Eastern District of Tennessee